## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Robert J. Egizio,                             :
                          Petitioner          :
                                              :
            v.                                :            No. 1055 C.D. 2020
                                              :
Consol Pennsylvania Coal Company,             :
LLC (Workers' Compensation Appeal             :
Board),                                       :
                          Respondent          :


**PER CURIAM**                    **O R D E R**


NOW, March 4, 2022, upon consideration of Respondent's application for reconsideration, and Petitioner's answer in response thereto, the application is denied.